**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DANESHMIR v. CO. OF SAN DIEGO                               Case No. 05cv1831 W(RBB)

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                         Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Richard Miller | Deborah McCarthy |
|  | John Edward Riley |

PROCEEDINGS:    ____  In Chambers    ____  In Court    ____  Telephonic

The settlement disposition conference on October 3, 2006, is vacated.

The stipulation for dismissal was received on September 28, 2006.

DATE: September 28, 2006     IT IS SO ORDERED:   _[signature]_
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc:  Judge Whelan                              INITIALS: VL (mg/irc) Deputy
     All Parties of Record